# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNAMARIE D. RIETHMILLER,

    Plaintiff,

v.                                                 Case No: 8:15-cv-1944-T-30JSS

UNNAMED DEFENDANT,

    Defendant.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. *Pro se* Plaintiff Annamarie D. Riethmiller filed this complaint in violation of a Court Order dated November 7, 2012, in Case No. 8:12-cv-2516-T-EAK, that designated her a vexatious litigant. Specifically, the court in that case directed the Clerk's Office to refrain from filing any new cases for this *pro se* Plaintiff until a Magistrate Judge reviews the complaint and deems it meritorious. That was not done in this case. Accordingly, it is

ORDERED that the complaint in this case is STRICKEN and the case is CLOSED. The proposed complaint is **referred** to Magistrate Judge Julie S. Sneed to review and determine if the complaint may be filed and a case may be opened.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of August, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Julie S. Sneed
Counsel/Parties of Record